In the Matter of the Claim of LOUIS KALIKOFF, Respondent, against JOHN LUCAS & Co., INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued October 9, 1947; decided November 13, 1947.

*William S. Sinclair* and *George J. Stacy* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Daniel Polansky* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.